1
2
3
4
5
6
7

8            UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GEORGE ISQUIEL GARCIA              No.  2:16-CV-01419 TLN GGH

12              Petitioner,             ORDER TO SHOW CAUSE

13        v.

14   PEOPLE OF THE STATE OF
     CALIFORNIA,
15
                Respondent.
16

17

18        On September 1, 2016, Respondent filed a Motion to Dismiss plaintiff's Complaint.  ECF

19   No. 10.  Pursuant to this Court's initial scheduling order, ECF 4, Petitioner was to file either an

20   Opposition Memorandum or a Statement of Non-Opposition to this motion not more than 30 days

21   after service and filing of the Motion.  Under this Rule Petitioner's Opposition was due on or

22   before October 2, 2016.  Neither an Opposition nor a Statement of Non-Opposition has been

23   received by the court.

24   ////

25   ////

26   ////

27   ////

28   ////

1

1        Petitioner is hereby Ordered to Show Cause within 10 days of receipt of this Order why

2   his Petition should not be dismissed for failure to prosecute.  Failure to respond to this Order shall

3   result in a recommendation that the Petition be dismissed with prejudice.

4        **IT IS SO ORDERED.**

5   Dated: October 5, 2016

6                    /s/ Gregory G. Hollows
               UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28